# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2490

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Gerardo Rodriguez, also known as | * | of Minnesota. |
| "Gerry," | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  March 19, 2004

Filed:  March 31, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Gerardo Rodriguez pleaded guilty to conspiring to distribute and possess with intent to distribute more than 1,000 kilograms of a substance containing marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. The district court[1] sentenced him to 120 months imprisonment and 5 years supervised release. On appeal, his counsel has moved to withdraw and filed a brief under Anders v.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

California, 386 U.S. 738 (1967), arguing that the government should have filed a downward-departure motion based on Mr. Rodriguez's substantial assistance.

We reject this argument as there is no indication that the government's refusal to file such a motion was based on an unconstitutional motive or was in bad faith. See Wade v. United States, 504 U.S. 181, 185-86 (1992) (defendant must show government's refusal to move for departure was not rationally related to any legitimate government purpose); United States v. Hardy, 325 F.3d 994, 995-96 (8th Cir. 2003) (when government expressly reserves discretion, this court performs only limited review of decision not to file substantial-assistance motion).

Following our independent review of the record, see Penson v Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____